

Genova Burns LLC
110 Allen Rd., Ste. 304
Basking Ridge, NJ 07920
**Tel:** 973.467.2700 **Fax:** 973.467.8126
**Web:** www.genovaburns.com

Lauren W. Gershuny, Esq.
Counsel
Member of NJ and NY Bars
lgershuny@genovaburns.com
Direct: 973-535-4447

January 18, 2023

**VIA ECF**
Honorable John Michael Vazquez, U.S.D.J
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Tamar Herman v. South Orange-Maplewood School District, et al.**
**Civil Action No.: 2:22-cv-05873-JMV-MAH**

Dear Judge Vazquez:

This firm represents plaintiff Tamar Herman ("Plaintiff") in connection with the above-referenced litigation. Plaintiff respectfully requests a three-week extension of time to file her Opposition to Defendant South Orange-Maplewood School District's ("Defendant SOMSD") Motion to Dismiss (ECF No. 23). Plaintiff's Opposition is currently due on January 23, 2023. If Plaintiff's three-week extension request is granted, Plaintiff's Opposition would be due on February 13, 2023. This request is being made due to other case obligations as well as a pre-scheduled vacation. Counsel for Defendant SOMSD has consented to this request. If Your Honor has any questions or concerns, please let me know. We thank the Court for its attention to this matter.

Respectfully,

**GENOVA BURNS LLC**

*/s/ Lauren W. Gershuny*
LAUREN W. GERSHUNY

LWG:cp
c: All counsel of record (via ECF)
16868544v1 (25020.002)

Newark, NJ • New York, NY • Lambertville, NJ • Philadelphia, PA • Jersey City, NJ • Basking Ridge, NJ